DAVID VIALIZ,                          :

    Plaintiff,                     :
                                       :           PRISONER
V.                                     :    CASE NO. 3:11-CV-59 (RNC)

JAMES DZURENDA, et al.,                :

    Defendants.                    :

## RULING AND ORDER

On February 26, 2011, the Court filed its Initial Review
Order dismissing the claims against all defendants except Nurse
Dolan.  In response, the plaintiff has filed two motions to
"re-submit defendants," which seek leave to amend the complaint
to revise claims against the dismissed defendants and add new
defendants.

The plaintiff may amend his complaint once, as of right,
until twenty-one days after the defendants respond to the
complaint.  Fed. R. Civ. P. 15(a)(1).  To date, the defendants
have not responded.  Thus, the time for amendment as of right has
not passed.

An amended complaint does not simply add information to the
original complaint.  It completely replaces the original
complaint.  Thus, plaintiff must file a complete amended
complaint naming all defendants in the case caption and including
all claims and requests for relief.  See International Controls
Corp. v. Vesco, 556 F.2d 665, 668 (2d Cir. 1977), cert. denied,
434 U.S. 1014 (1978).  The motions to re-submit defendants [**docs.**

**## 5, 6**] are **DENIED**.

In addition, plaintiff asks the Court to order the defendants to provide him with a copy of his medical records from another correctional facility.  If he requires information in his medical records to litigate this case, he can seek a copy through the discovery process.  The plaintiff's motion for a copy of his medical records [**doc. #7**] is **DENIED**.

Plaintiff will have 30 days from the date of this order to submit an amended complaint.

So ordered this 19th day of May 2011

_____/s/_____
Robert N. Chatigny
United States District Judge
